UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARcare, Inc., an Arkansas Corporation, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>3JT Enterprises, LLC, d/b/a/ Cryonize<br><br>    Defendant. | No. 16-C-04663<br><br>The Honorable Sara L. Ellis |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff ARcare, Inc., by and through counsel, hereby dismisses this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED: June 27, 2016    Respectfully submitted,

            By:  */s/ Jennifer W. Sprengel*
               Jennifer W. Sprengel
               Daniel O. Herrera
               **CAFFERTY CLOBES MERIWETHER & SPRENGEL, LLP**
               150 S. Wacker Dr., Suite 3000
               Chicago, Illinois 60606
               (312) 782-4880
               jsprengel@caffertyclobes.com
               dherrera@caffertyclobes.com

               Randall K. Pulliam (ABN 98105)
               **CARNEY BATES & PULLIAM, PLLC**
               rpulliam@cbplaw.com
               2800 Cantrell Rd., Suite 510
               Little Rock, Arkansas 72202
               Telephone: (501) 312-8500
               Facsimile: (501) 312-8505

               *Attorneys for Plaintiff ARcare, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2016, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

                                                */s/ Jennifer W. Sprengel*
                                                Jennifer W. Sprengel